# APPENDIX.

## OPINIONS PER CURIAM.

JOSIE WEBB V. JOHN S. BRANNER. No. 12,030. (68 Pac. 1133. Error from court of appeals, northern department. Opinion filed May 10, 1902. Division one. *Affirmed.* Keeler & Hite, for plaintiff in error. W. R. Hazen, H. W. Page, Waggener, Horton & Orr, and Isenhart & Alexander, for defendant in error.

THE CITY OF HORTON V. CHRISTIAN MERZ. No. 12,072. (68 Pac. 1126.) Error from Brown district court. Opinion filed May 10, 1902. Division one. *Affirmed.* James A. Clark, for plaintiff in error. F. M. Pearl, and A. B. Crockett, for defendant in error.

A. P. ELDER *et al*, v. JAMES DURKIN *et al.*, etc. No. 12,089. (68 Pac. 1127.) Error from Shawnee district court. Opinion filed May 10, 1902. *In banc. Reversed.* Garver & Larimer, for plaintiffs in error. E. D. McKeever, and A. L. Redden, for defendants in error.

T. M. POLSON V. NANCY McLAUGHLIN *et al.* No. 12,439. (68 Pac. 1130.) Error from Chautauqua district court. Opinion filed May 10, 1902. Division one. *Affirmed.* J. E. Brooks, for plaintiff in error. Fitzpatrick & Shukers, for defendants in error.

RUTH McAFEE *et al.* v. D. W. HOUSTON. No. 12,441. (68 Pac. 1129.) Error from Anderson district court. Opinion filed May 10, 1902. Division one. *Dismissed.* N. L. Bowman, for plaintiffs in error. Kirk & Kirk, for defendant in error.

MARIA L. PEARSE V. ROBERT L. HEROLD *et al.* No. 12,590. (68 Pac. 1130.) Error from Morris district court. Opinion filed May 10, 1902. Division one. *Reversed.* Humphrey & Humphrey, for plaintiff in error. John Maloy, for defendants in error.

C. A. RICE V. TIMOTHY ELLISON *et al.* No. 12,595. (68 Pac. 1130.) Error from Hamilton district court. Opinion filed May 10, 1902. Division one. *Dismissed.* F. J. Oyler, for plaintiff in error. H. F. Mason, and U. T. Tapscott, for defendants in error.

EMMA M. ANNO *et al.* v. CHAS. JENNINGS. No. 12,601. (68 Pac. 1126.) Error from Anderson district court. Opinion filed May 10, 1902. Division one. *Dismissed.* Chris Ritter, for plaintiffs in error. N. L. Bowman, for defendant in error.

ELIZABETH REYNOLDS *et al.* v. MAGGIE JACKSON *et al.* No. 12,621. (68 Pac. 1130.) Error from Sedgwick district court. Opinion filed May 10, 1902. Division two. *Affirmed.* Bentley & Hatfield, Amidon & Conly, and H. G. Ruggles, for plaintiffs in error. Holmes & Norcross, for defendants in error.

J. W. WILSON V. WILLIAM THOMPSON. No. 12,641. (68 Pac. 1133.) Error from Lyon district court. Opinion filed May 10, 1902. Division two. *Affirmed.* R. M. Hamer, for plaintiff in error. Chas. B. Graves, for defendant in error.